# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>F & M PLAZA, LLC,<br><br>    Defendant. | No. 2:23-cv-04845-JAK (PVCx)<br><br>**ORDER RE ORDER TO SHOW CAUSE RE SUPPLEMENTAL JURISDICTION OVER STATE-LAW CLAIMS (DKT. 10)** |

1

Because Plaintiff has provided sufficient evidence that he is not a high-frequency litigant, supplemental jurisdiction over the state-law claims shall be retained. The Order to Show Cause is discharged. No appearance by the parties or their counsel is required.

**IT IS SO ORDERED.**

Dated: July 21, 2023              _____

John A. Kronstadt

United States District Judge

2